UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSUE DE JESUS LARA ROSAS (A-Number: 240-696-411),

Petitioner,

v.

WARDEN OF THE GOLDEN STATE ANNEX DETENTION FACILITY,

Respondent.

Case No.  1:26-cv-3784-DJC-JDP

ORDER

On May 18, 2026, petitioner filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, a motion to proceed *in forma pauperis*, and a motion for the appointment of counsel.  ECF Nos. 1-3.  On the following day, the court ordered respondent to show cause as to why the petition should not be granted.  ECF No. 5.  On May 22, 2026, respondent filed an answer to the petition.  ECF No. 7.  On May 28, 2026, the court held that "it is no longer clear that Petitioner is entitled to relief," appointed counsel for petitioner, and referred the matter to me for briefing and further proceedings.  ECF No. 8.

Still pending are petitioner's motion to proceed *in forma pauperis* and motion for the appointment of counsel.  ECF Nos. 2 & 3.  Because petitioner makes the requisite showing, his motion to proceed *in forma pauperis* will be granted.  In light of the court's appointment of counsel, petitioner's motion for the appointment of counsel will be denied as moot.

1

Within fourteen days of petitioner's counsel appearing, petitioner may file either (1) an amended petition or (2) a traverse in support of the petition at ECF No. 1.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner's motion to proceed *in forma pauperis*, ECF No. 2, is GRANTED.

2. Petitioner's motion for the appointment of counsel, ECF No. 3, is DENIED as moot.

3. Within fourteen days of petitioner's counsel appearing, petitioner shall file either (1) an amended petition or (2) a traverse in support of the petition at ECF No. 1.

IT IS SO ORDERED.

Dated:    May 29, 2026    _____

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2