UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSUE DE JESUS LARA ROSAS (A-Number: 240-696-411),

Petitioner,

v.

WARDEN, GOLDEN STATE ANNEX DETENTION FACILITY,

Respondent.

Case No. 1:26-cv-3784-DJC-JDP

ORDER

Petitioner, an immigration detainee, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 7, 2026, the Magistrate Judge filed findings and recommendations herein, which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within seven days. ECF No. 22. Respondent has filed objections to the findings and recommendations, and they have been considered by the undersigned. ECF No. 24.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be

supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 7, 2026, ECF No. 22, are ADOPTED in full;
2. The petition for writ of habeas corpus, ECF No. 1, is GRANTED;
3. Within seven days of this order, petitioner (A-Number: 240-696-411) shall be provided a bond hearing before a neutral adjudicator in accordance with 8 U.S.C. 1226(a) and its implementing regulations, at which petitioner's eligibility for bond must be considered. Within 24 hours of the filing of the court's order, respondent shall personally serve Petitioner with this order and file proof of such service on the docket; and
4. The Clerk of Court is directed to enter judgment accordingly and close this case.

IT IS SO ORDERED.

Dated: **August 13, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE